THE CITY OF SAVANNAH. OCEAN S. S. CO. v. HAURAHAN et al. (Circuit Court of Appeals, First Circuit. July 13, 1893.) No. 65. Appeal from the District Court of the United States for the District of Massachusetts. This was a libel by the owners of the schooner Lucy Jones, on behalf of themselves, the owners of the cargo of said schooner, and the crew, for the loss of the schooner and cargo, and for the loss of personal effects, by a collision between the steamship City of Savannah and said schooner, February 4, 1892, near Cross Rip light-ship, in Nantucket Sound. There was a decree for libelants, and claimants of the City of Savannah appeal. No opinion. Dismissed pursuant to the twentieth rule.

---

CROSS v. EVANS. (Circuit Court of Appeals, Fifth Circuit. February 25, 1895.) No. 246. Error to the Circuit Court of the United States for the Eastern District of Texas. Questions of law certified to supreme court.

---

DALY et al. v. BRADY. (Circuit Court of Appeals, Second Circuit. May 27, 1896.)   A. I. Dittenhoff, for the motion. Stephen H. Olin, opposed. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. The supreme court had decided in this case that no appeal was ever taken from the judgment of this court. 16 Sup. Ct. 961. The time has now passed within which an appeal can be taken. The judgment was duly entered in this court. To vacate it and direct the entry of a new judgment for the purpose of permitting an appeal would be merely an evasion of the statute which requires appeals to be brought within a prescribed time. We are satisfied that we are without power to grant any relief.

---

GOWEN v. BUSH. DAVISON v. GIBSON. ST. LOUIS & S. F. RY. CO. v. BARKER. (Circuit Court of Appeals, Eighth Circuit. February 8, 1896.) Nos. 535, 605, 615. In Error to the United States Court in the Indian Territory. No opinion. The judgment entered in accordance with the opinions herein (18 C. C. A. 572, 72 Fed. 299) set aside, and the cases reinstated on the docket by the court of its own motion.

---

HALL v. FRICKET. (Circuit Court of Appeals, First Circuit. August 10, 1893.) No. 62. Appeal from the District Court of the United States for the District of Massachusetts. This was a libel to recover damages to the schooner Mary Lymburner caused by a collision between said schooner and the schooner Robert P. King, on Nantucket Shoals, December 12, 1891. There was a decree for libelant, and claimant appeals. Thos. J. Morrison, for appellant. Frederic Dodge, for appellee. Before COLT and PUTNAM, Circuit Judges, and WEBB, District Judge. Dismissed pursuant to the twentieth rule.